BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA   93721
Telephone:   (559) 497-4000

Attorneys for Plaintiff
United States of America

FILED

MAY 09 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                      DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:14SW0074 SKO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| TIMOTHY NEW, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The arrest warrant as to Defendant Timothy New in the above-captioned matter be unsealed.

DATED: _____

SHEILA K. OBERTO
U.S. Magistrate Judge