1  Eric K. Fogderude  # 070860
2  FLETCHER & FOGDERUDE, INC.
   5412 N Palm Ave # 101
3  Fresno, CA   93704
   Telephone: 559-431-9710
4  Attorney for Defendant,  TIMOTHY NEW

5

6

7

8  UNITED STATES OF AMERICA,                No. 1:14-CR-00101 – AWI BAM (003)

9              Plaintiff,                   **WAIVER OF DEFENDANT TIMOTHY NEW'S APPEARANCE AT ALL NON SUBSTANTIVE PRETRIAL PROCEEDINGS AND ORDER THEREON**

10        v.

11  TIMOTHY NEW,

12             Defendant.

13        Pursuant to  Fed.R.Crim. P. 43(b)(3), Defendant TIMOTHY NEW, having been advised

14  of his right to be present at all stages of the proceedings, hereby requests that this Court proceed

15  in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant

16  agrees that his interests shall be represented at all times by the presence of his attorney Eric K.

17  Fogderude, the same as if Defendant were personally present, and requests that this court allow

18  his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to

19  Defendant's attorney that Defendant's presence is required will be deemed notice to the

20  Defendant of the requirements of his appearance at said time and place.

21        GOOD CAUSE APPEARING, exists for the granting of this waiver because the

22  Defendant currently resides in Pensacola, Florida and he has limited financial resources to pay for

23  round trip transportation to Fresno.  In addition, he is currently subject to home monitoring as a

24  condition of his release and traveling from Florida to California for court appearances for status

25  hearings, would disrupt his home monitoring.

26

27  Dated: July 7, 2014                      /s/ Timothy New
                                             TIMOTHY NEW, Defendant
28

1

Dated: July 7, 2014                                    Respectfully submitted,
                                                       FLETCHER & FOGDERUDE, INC


                                                        /s/ Eric K. Fogderude
                                                       Eric K. Fogderude,
                                                       Attorney for Defendant, TIMOTHY NEW


ORDER


GOOD CAUSE APPEARING, it is hereby ordered that the Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **July 18, 2014**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE