Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Email: efogderude1@yahoo.com

Attorney for Defendant, TIMOTHY NEW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:14-CR-00101 – AWI BAM |
| Plaintiff, | **STIPULATATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON** |
| v. | |
| TIMOTHY NEW, et al. | |
| Defendants. | |

STIPULATION

It is hereby stipulated by and between the parties hereto that additional conditions of release item (7)(t) of the Order of Release dated July 3, 2014, and as modified on April 15, 2015, be modified to delete the home monitoring condition with all other conditions not in conflict to remain in full force and effect.

The parties stipulate and agree that the Addition of Conditions of Release item (7) (t) of the July 3, 2014 Order and as modified on April 14, 2015, be modified to read as follows:

  (t) Curfew.  You are restricted to your residence during curfew hours of 9:00 p.m. through 6:00 a.m. except for employment; education; religious services; medical; substance abuse; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre approved by the PSO;

1

1  ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.
2

3       Good cause exists for this modification because the defendant has been on conditions of
4  release since July 2014 during which time his supervising pretrial service officer has described
5  his performance as excellent; the defendant now maintains two jobs, one full time and one part;
6  he also assists his church on Sundays with three services; he also assists his ailing grandmother at
7  least once a week and assists his wife who is now pregnant with home responsibilities; and his
8  pretrial supervisor is also requesting this modification.
9       IT IS SO STIPULATED.

10

11  FLETCHER & FOGDERUDE, INC.

12  Dated: November 20, 2015  /s/ Eric K. Fogderude
    _____
13  Eric K. Fogderude,
    Attorney for Defendant, TIMOTHY NEW

14

15  UNITED STATES ATTORNEY

16  Date: November 20, 2015  /s/ Karen Escobar
    _____
17  Karen Escobar
    Assistant United States Attorney
18

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

<u>ORDER</u>

IT IS SO ORDERED that the release Order dated July 3, 2014 and modified on April 14, 2015, be modified as to Additional Conditions of Release item (7)(t) to read as follows:

(t) Curfew. You are restricted to your residence during curfew hours of 9:00 p.m. through 6:00 a.m. except for employment; education; religious services; medical; substance abuse; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre approved by the PSO;

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

IT IS SO ORDERED.

Dated: **November 20, 2015**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE