Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA  93704
Telephone: 559-431-9710
Attorney for Defendant,  TIMOTHY NEW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>        v.<br><br>TIMOTHY NEW,<br><br>                                   Defendant. | No.  1:14-CR-00101-DAD-3<br><br>**STIPULATION AND ORDER TO<br>CONTINUE SENTENCING HEARING**<br><br><br>**Date:  September 12, 2016<br>Time:  10:00 a.m.<br>Judge: Honorable Dale A. Drozd<br>        United States Magistrate** |

## STIPULATION

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 1, 2016 at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing to September 12, 2016 at 10:00 a.m. before United States District Judge Dale A. Drozd.

3. The continuance of the sentencing hearing is being requested by the defendant.

4. Good cause exists for this continuance because U.S. Probation has notified the defendant and the government that it has recently received information from victims who are requesting restitution, however, because of the late receipt of this information, U. S. Probation has not had time to review the information and include it in the draft

1

1    presentence investigative report dated June 20, 2016, which was provided to the

2    defendant and the government.  Therefore, the defendant requests the sentencing

3    hearing be continued to September 12, 2016 in the interest of justice.

4        5.   The government has no objection to the defendant's request to continue the sentencing

5    hearing.

6        6.   The parties believe that the requested continuance is in the interest of justice and

7    would likely result in a more efficient sentencing proceeding.

8    IT IS SO STIPULATED.

9    DATED:  July 5, 2016          FLETCHER & FOGDERUDE, INC.

10                                  /s/ Eric K. Fogderude                    .

11                                 ERIC K. FOGDERUDE
                                   Attorney for Defendant, TIMOTHY NEW

12

13

14   DATED: July 5, 2016          Benjamin B. Wagner

15                                United States Attorney

16                                /s/ Karen Escobar                    .

17                                KAREN ESCOBAR, Assistant US Attorney

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

                                      2

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, the sentencing hearing as to defendant TIMOTHY NEW is continued from August 1, 2016, to September 12, 2016, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **July 5, 2016**

UNITED STATES DISTRICT JUDGE