PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:14-cr-00101-DAD-BAM-3 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| TIMOTHY NEW, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Tuesday, October 11, 2016, at 10:00 a.m.

2. Thereafter, the Ninth Circuit set oral argument in another matter that requires AUSA Escobar's attendance and makes her unavailable for sentencing in this matter on September 12.

3. By this stipulation, the parties now move to continue the matter to Tuesday, October 11, 2016, at 10:00 a.m.

4. The parties further stipulate to the following revised briefing schedule:

1

| | |
|---|---|
| 1    **Informal Objections Due:** | **September 12, 2016** |
| 2    **Final PSR Filed with the Court:** | **September 19, 2016** |
| 3    **Formal Objections to PSR/Sentencing Memo due:** | **September 26, 2016** |
| 4    **Responses to Formal Objections/Reply to Sentencing Memo:** | October 3, 2016 |

IT IS SO STIPULATED.

DATED:   July 18, 2016           Respectfully submitted,

                                     PHILLIP A. TALBERT
                                     Acting United States Attorney

                                     /s/ Karen A. Escobar
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney

DATED:   July 18, 2016

                                     /s/ Eric K. Fogderude
                                     ERIC K. FOGDERUDE
                                     Counsel for Defendant
                                     Timothy New

## **O R D E R**

The Sentencing hearing as to the above named defendant previously set for September 12, 2016, is continued to October 11, 2016, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd. The court adopts the revised briefing schedule as set forth in the parties' stipulation above.

IT IS SO ORDERED.

Dated:   **July 19, 2016**           _/s/ Dale A. Drozd_
                                                     UNITED STATES DISTRICT JUDGE