PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY NEW and<br>NATALIE MIDDLETON,<br><br>　　　　　　　Defendants. | CASE NO. 1:14-CR-00101-DAD-BAM<br><br>AGREED UPON HEARING DATES AND FILING SCHEDULING AND ORDER |

　　　The United States of America, by and through its undersigned counsel, with the consent of counsel for the above-named defendants, hereby submits the following new briefing schedule and hearing dates in the above-captioned matter.

　　　**On or before October 24, 2016**: Government Response to Defendant Middleton's Motion re: Enforcement of Plea Agreement

　　　**On or before October 31, 2016**: Defendant Middleton's Reply to Government's Response to Defendant's Motion re; Enforcement of Plea Agreement

　　　**November 7, 2016, 10:00 a.m.** : Hearing on Defendant Middleton's Motion re: Enforcement of Plea Agreement

　　　**On or before November 8, 2016:** Government's supplemental memorandum re: restitution/causation

**On or before November 21, 2016:** Defendants' Formal Objections/Supplemental Sentencing Memorandum

**On or before November 28, 2016:** Government's Response to Defendants' Formal Objections/Supplemental Sentencing Memorandum

**December 2, 2016, 2:30 p.m.**: Sentencing of Defendants Middleton and New

Dated:  October 11, 2016  
PHILLIP A. TALBERT  
Acting United States Attorney

By:  /s/ KAREN A. ESCOBAR  
KAREN A. ESCOBAR  
Assistant United States Attorney

# O R D E R

In light of the parties' joint agreement, the foregoing briefing schedule and hearing dates are adopted.

IT IS SO ORDERED.

Dated:  **October 12, 2016**  
UNITED STATES DISTRICT JUDGE