Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Email: efogderude1@yahoo.com

Attorney for Defendant, TIMOTHY NEW

FILED
MAR 07 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>        v.<br><br>TIMOTHY NEW, et al.<br><br>                          Defendants. | No. 1:14-CR-00101 –DAD BAM<br><br>**FIRST AMENDED APPLICATION FOR ORDER EXONERATING CASH BOND AND [PROPOSED] ORDER THEREON** |

Defendant TIMOTHY NEW hereby moves the court for an order to exonerate the cash bond in the above captioned matter.

Defendant, TIMOTHY NEW appeared in this matter before United States Magistrate Judge Barbara A. McAuliffe on June 6, 2014 and July 3, 2014 and was ordered released from custody under the supervision of Pretrial Services and a $ 13,000 total cash bond. A cash bond of $ 2,000 on June 6, 2014 was posted (receipt CAE100026008) and a supplemental cash bond of $ 11,000, paid by two individuals in deposits of $ 2,000 and $ 9,000was posted July 18, 2014 (receipt # CAE100026405) on behalf of Defendant New.

On December 2, 2016, Defendant New was sentenced to 30 months in custody with a self surrender date no later than February 1, 2017. On February 1, 2017, Defendant did self surrender

to the Bureau of Prisons as ordered.

As the requirements of pretrial release were satisfied, Defendant requests that the court exonerate the $ 13,000 cash bond set by this court and that the cash deposits be returned to the three individuals who deposited the cash with accrued interest to be split based on the percentage of the total deposits as follows: the two deposits of $ 2,000 would be entitled to 15.38% each and the $ 9,000 deposit would be entitled to 69.24%.

Dated: March 7, 2017                              FLETCHER & FOGDERUDE, INC.

/s/ Eric K. Fogderude

Eric K. Fogderude,
Attorney for Defendant, TIMOTHY NEW

ORDER

IT IS HEREBY ORDERED that the $ 13,000 CASH bond in the above captioned case be exonerated and that the cash deposits be returned to the three individuals who deposited the cash with accrued interest to be split based on the percentage of the total deposits as follows: the two deposits of $ 2,000 (Doc. 48 - receipt #CAE 100026008) would be entitled to 15.38% each and the $ 9,000 deposit (Doc. 64 - receipt #CAE100026405) would be entitled to 69.24%.

Dated: 3/7/17

BARBARA A. MCAULIFFE
United States Magistrate Judge
Eastern District of California